# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| COLOR SPOT HOLDINGS, INC., et al., | : | B.K. No. 18-11272 (LSS) |
| Debtors. | : | |
| WINTERS NURSERY LLC, FOREST GROVE NURSERY LLC, WINTERS FOREST GROVE LLC, BLOOMING FARM, INC., and FALLBROOK NURSERY LLC, | : | |
| Appellants, | : | |
| v. | : | C. A. No. 18-1246-MN |
| COLOR SPOT HOLDINGS, INC., et al., | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **13th** day of **September, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel contained in a letter dated September 10, 2018, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Debtor and Appellees filed a joint motion to dismiss based upon mootness and other grounds on September 12, 2018. D.I. 24. The parties have agreed to the following briefing schedule: Appellants' response is due twenty-one (21) days after the filing of the motion to dismiss and Appellees' reply is due fourteen (14) days after the filing of Appellants' response. Therefore,

IT IS ORDERED that the parties file their Stipulation and [Proposed] Order Regarding Briefing Schedule for review by Judge Noreika.

IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request in their letter of September 10, 2018, no objections to this Recommendation are expected under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge